# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

_____X

Kelly Baker

**Docket No.** 12 CV 1000

                                  **Plaintiff**

-against-

Valentine & Kebartas, Inc., Dell
Financial Services, L.L.C. and
Dell, Inc.

                                  **Defendant**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★x  MAY 07 2013  ★

LONG ISLAND OFFICE

_____X

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record for all parties that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no

person not a party has an interest in the subject matter of the action, the above-entitled

action be, and the same hereby is discontinued with prejudice and without costs to either

party.

**S/JOSEPH MAURO**         **5/6/2013**
**Joseph M. Mauro**          Date
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

**S/BRYAN F. LEWIS**        **5/6/2013**
**Bryan F. Lewis**           Date
Lewis Johs Avallone Aviles LLP
425 Broad Hollow Road – Suite 400
Melville, NY 11747
Attorney for Dell Financial Services, L.L.C. and Dell, Inc.

**S/ BARRY JACOBS**                    **5/6/2013**
**Barry Jacobs, Esq.**                    Date
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza 4th Floor
New York, NY 10004
Attorney for Valentine & Kebartas, Inc.,


So ordered. Case closed.

/s/ Arthur D.Spatt

Arthur D. Spatt, U.S.D.J.
5/7/13